UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FARM BUREAU LIFE INSURANCE
COMPANY OF MICHIGAN,

       Plaintiff,

v.

NATIONAL CITY CORPORATION
and NATIONAL CITY BANK OF
THE MIDWEST f/k/a NATIONAL CITY
BANK OF MICHIGAN/ILLINOIS,

       Defendants,

v.

NATIONAL CITY BANK OF THE
MIDWEST,

       Third-Party Plaintiff,

v.

COMMUNITY BANK and THUMB
NATIONAL BANK & TRUST CO.,

       Third-Party Defendants.

Case No. 5:06-CV-81

Hon. Richard Alan Enslen

**ORDER OF REMAND**

       In accordance with an Opinion entered this date;

       **IT IS HEREBY ORDERED** that Plaintiff Farm Bureau Life Insurance Company of Michigan's Motion to Amend its Complaint and Remand the Action to State Court (Dkt. No. 16) is **GRANTED**.

       **IT IS FURTHER ORDERED** that Plaintiff's Proposed Amended Complaint (Ex. B to Dkt. No. 16) is accepted for filing by Clerk.

   **IT IS FURTHER ORDERED** that the Clerk shall **REMAND** this action to the Eaton County Circuit Court in accordance with 28 U.S.C. § 1447(e).


Dated in Kalamazoo, MI:        /s/Richard Alan Enslen
September 22, 2006          Richard Alan Enslen
                 Senior United States District Judge